IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE C. CUYLER, et al.,

    Plaintiffs,

v.                                                                                                        4:12cv462-WS

MONTICELLO NEWS,
JEFFERSON COUNTY JOURNAL,
ECB PUBLISHING, INC.,
and EMERALD GREEN,

    Defendants.

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 6) docketed October 18, 2012. The magistrate judge recommends that this case be dismissed without prejudice for failure to comply with an order of the court and to prosecute this case.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's complaint, and this action, are hereby DISMISSED without prejudice for failure to comply with an order of the court and to prosecute his case.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed

without prejudice."

DONE AND ORDERED this       26th       day of    November   , 2012.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE